BRAD D. KRASNOFF, TRUSTEE
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
Telephone: (310) 277-0077
Facsmile: (310) 277-5735
BDKTrustee@danninggill.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Solomon & King Management Group, LLC | § § | Case No. 2:18-bk-20379-WB |
| Debtor | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRAD D. KRASNOFF, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 437,824.68    Claims Discharged
                                                 Without Payment: NA

Total Expenses of Administration: 97,800.47

---

3) Total gross receipts of $ 535,625.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 535,625.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 405,500.00 | $ 431,124.68 | $ 431,124.68 | $ 431,124.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 140,527.94 | 137,626.10 | 97,800.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 53.48 | 53.48 | 53.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,608.74 | 802,500.00 | 6,646.52 | 6,646.52 |
| **TOTAL DISBURSEMENTS** | $ 412,108.74 | $ 1,374,206.10 | $ 575,450.78 | $ 535,625.15 |

4) This case was originally filed under chapter 7 on 09/05/2018. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2020           By: /s/ BRAD D. KRASNOFF, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2374 Grandeur Avenue, Altadena, California 91001 | 1110-000 | 530,000.00 |
| WELLS FARGO BANK ACCOUNTS | 1229-000 | 5,625.15 |
| **TOTAL GROSS RECEIPTS** | | **$535,625.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HABITAT RESTORATION | 4110-000 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| | REVERSE MORTGAGE SOLUTIONS | 4110-000 | 400,000.00 | 417,373.68 | 417,373.68 | 417,373.68 |
| | FORD MOTOR CREDIT | 4120-000 | NA | 8,251.00 | 8,251.00 | 8,251.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 405,500.00 | $ 431,124.68 | $ 431,124.68 | $ 431,124.68 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brad D. Krasnoff | 2100-000 | NA | 30,031.26 | 30,031.26 | 18,513.88 |
| Brad D. Krasnoff | 2200-000 | NA | 206.77 | 206.77 | 206.77 |
| International Sureties LTD | 2300-000 | NA | 2.38 | 2.38 | 2.38 |
| A & A ESCROW SERVICES INC | 2500-000 | NA | 4,229.95 | 4,229.95 | 4,229.95 |
| FIRST AMERICAN TITLE COMPANY | 2500-000 | NA | 2,571.50 | 2,571.50 | 2,571.50 |
| Union Bank | 2600-000 | NA | 120.00 | 120.00 | 120.00 |
| Los Angeles County Treasurer & Tax Collector | 2820-000 | NA | 5,241.29 | 2,339.45 | 2,339.45 |
| Franchise Tax Board | 2990-000 | NA | 800.00 | 800.00 | 800.00 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3110-000 | NA | 61,163.00 | 61,163.00 | 37,706.19 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3120-000 | NA | 1,736.60 | 1,736.60 | 1,736.60 |
| LEA ACCOUNTANCY | 3410-000 | NA | 12,650.00 | 12,650.00 | 7,798.56 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEA ACCOUNTANCY | 3420-000 | NA | 575.19 | 575.19 | 575.19 |
| BENNION DEVILLE HOMES | 3510-000 | NA | 5,300.00 | 5,300.00 | 5,300.00 |
| COLDWELL BANKER | 3510-000 | NA | 5,300.00 | 5,300.00 | 5,300.00 |
| PACIFIC UNION INTERNATIONAL INC | 3510-000 | NA | 10,600.00 | 10,600.00 | 10,600.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 140,527.94 | $ 137,626.10 | $ 97,800.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Los Angeles County Treasurer & Tax Collector | 5800-000 | NA | 53.48 | 53.48 | 53.48 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 53.48 | $ 53.48 | $ 53.48 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Stuller, Inc |  | 6,608.74 | NA | NA | 0.00 |
| 1 | Franchise Tax Board | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 2 | Lila King | 7100-000 | NA | 802,500.00 | 6,646.52 | 6,646.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,608.74 | $ 802,500.00 | $ 6,646.52 | $ 6,646.52 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-20379 | WB | Judge: | Julia W. Brand | Trustee Name: | BRAD D. KRASNOFF, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Solomon & King Management Group, LLC | | | | Date Filed (f) or Converted (c): | 09/05/2018 (f) |
| | | | | | 341(a) Meeting Date: | 10/09/2018 |
| For Period Ending: | 01/06/2020 | | | | Claims Bar Date: | 12/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2374 Grandeur Avenue, Altadena, California 91001 | 656,000.00 | 656,000.00 | | 530,000.00 | FA |
| 2. WELLS FARGO BANK ACCOUNTS (u)<br><br>Wells Fargo account ending in 1406 (balance $4,576.43)<br>Wells Fargo account ending in 8640 (balance $535.72)<br>Wells Fargo account ending in 4470 (balance $27.07)<br>Wells Fargo account ending in 6367 (balance $485.93) | 0.00 | 5,625.15 | | 5,625.15 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $656,000.00    $661,625.15    $535,625.15    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

QUARTERLY STATUS REPORT FOR P.E.9/30/19

Exhibit 8

The trustee submitted the TFR to the OUST on 9/26/19.

The trustee and his professionals are going to carve out $7,500 of the estate net proceeds on a pro rata basis in order to provide distributions to the holders of non-administrative professionals. As a result, the trustee, general counsel and accountant currently expect to receive payment of approximately 61.65% of their allowed fees and 100% of their allowed costs.

*****************************************

QUARTERLY STATUS REPORT FOR P.E.6/30/19
On 5/3/19, the court entered an order granting the trustee's motion to sell the Residence (asset #1) for $530,000. The sale closed on 5/31/19. On 5/3/19, the court entered an order authorizing the estate's employment of accountants. The trustee will undertake claims review, including the disposition of Claim No. 2 asserted by Lila King.

************************************************

ANNUAL REPORT FOR P.E.3/31/19
The trustee is in escrow regarding the potential sale of the Residence (asset #1) for $530,000. The trustee filed a motion for authority to sell the Residence on 3/14/19. A hearing on the sale motion is currently scheduled to take place on 4/4/19.

QUARTERLY STATUS REPORT FOR P.E.12/31/18
The trustee has employed general bankruptcy counsel. The trustee has filed an application to employ a real estate agent regarding marketing the Residence (asset #1). Efforts ongoing.

*********************************************

QUARTERLY STATUS REPORT FOR P.E.9/30/18
The trustee has obtained possession of funds from certain bank accounts (asset #2). The trustee will determine whether the estate can administer the residence located at 2374 Grandeur Avenue, Altadena, CA ("Residence")(asset#1). A claims bar date has been requested and obtained. The initial Section 341(a) hearing is on 10/9/18.

Initial Projected Date of Final Report (TFR): 10/09/2021    Current Projected Date of Final Report (TFR): 10/09/2021

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit 9 |
|---|---|---|
| Case No: 18-20379 | Trustee Name: BRAD D. KRASNOFF, TRUSTEE | |
| Case Name: Solomon & King Management Group, LLC | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX9542 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1104 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/06/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/18 | 2 | Wells Fargo Bank, N.A.<br>P.O. Box 5131, N9777-112 OFC<br>Sioux Falls, SD 57117-5131 | LIQUIDATION OF BANK ACCOUNT<br>Account ending in 1406 | 1229-000 | $4,576.43 | | $4,576.43 |
| 09/19/18 | 2 | Wells Fargo Bank, N.A.<br>P.O. Box 5131, N9777-112 OFC<br>Sioux Falls, SD 57117-5131 | LIQUIDATION OF BANK ACCOUNT<br>Account ending in 8640 | 1229-000 | $535.72 | | $5,112.15 |
| 09/19/18 | 2 | Wells Fargo Bank, N.A.<br>P.O. Box 5131, N9777-112 OFC<br>Sioux Falls, SD 57117-5131 | LIQUIDATION OF BANK ACCOUNT<br>Account ending in 4470 | 1229-000 | $27.07 | | $5,139.22 |
| 09/19/18 | 2 | Wells Fargo Bank, N.A.<br>P.O. Box 5131, N9777-112 OFC<br>Sioux Falls, SD 57117-5131 | LIQUIDATION OF BANK ACCOUNT<br>Account ending in 6367 | 1229-000 | $485.93 | | $5,625.15 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,610.15 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,595.15 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,580.15 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,565.15 |
| 01/30/19 | 100001 | International Sureties LTD<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | TRUSTEE BOND PREMIUM, 1/4/19 TO 1/4/20, BOND #016030867, PER LBR 2016-2(c) | 2300-000 | | $2.38 | $5,562.77 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,547.77 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,532.77 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,517.77 |

Page Subtotals:    $5,625.15    $107.38

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-20379 | Trustee Name: | BRAD D. KRASNOFF, TRUSTEE |
|---|---|---|---|
| Case Name: | Solomon & King Management Group, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX9542 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1104 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/06/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,502.77 |
| 06/03/19 | | A & A ESCROW SERVICES INC<br>415 North Crescent Drive, Suite 320<br>Beverly HIlls, CA 90210 | NET PROCEEDS FROM SALE OF REAL PROPERTY | | $68,285.42 | | $73,788.19 |
| | | | Gross Receipts          $530,000.00 | | | | |
| | | Los Angeles County Treasurer & Tax Collector<br>Po Box 54110<br>Los Angeles, Ca 90054 | PROPERTY TAX          ($2,339.45) | 2820-000 | | | |
| | | HABITAT RESTORATION | DEED OF TRUST PER ORDER E: 5/3/19          ($5,500.00) | 4110-000 | | | |
| | | FORD MOTOR CREDIT | JUDGMENT LIEN PER ORDER E: 5/3/19          ($8,500.00) | 4120-000 | | | |
| | | COLDWELL BANKER | COMMISSIONS PER ORDER E: 5/3/19          ($5,300.00) | 3510-000 | | | |
| | | PACIFIC UNION INTERNATIONAL INC | COMMISSION PER ORDER E: 5/3/19          ($10,600.00) | 3510-000 | | | |
| | | BENNION DEVILLE HOMES | COMMISSION PER ORDER E: 5/3/19          ($5,300.00) | 3510-000 | | | |
| | | A & A ESCROW SERVICES INC | OTHER DEBITS AND CREDITS - DISCLOSURE REPORT, FRANK'S HOME SERVICE (TRASH CLEAN UP), J TEMPLE INTERIORS (REKEY LOCKS) PER ORDER E: 5/3/19          ($2,874.95) | 2500-000 | | | |
| | | FIRST AMERICAN TITLE COMPANY | TITLE AND RECORDING CHARGES PER ORDER ENTERED 5/3/19          ($2,571.50) | 2500-000 | | | |
| | | A & A ESCROW SERVICES INC | ESCROW CHARGES PER ORDER E: 5/3/19          ($1,355.00) | 2500-000 | | | |
| | | REVERSE MORTGAGE SOLUTIONS | MORTGAGE PAYOFF PER ORDER E: 5/3/19          ($417,373.68) | 4110-000 | | | |

| | | | Page Subtotals: | | $68,285.42 | $15.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-20379 | Trustee Name: BRAD D. KRASNOFF, TRUSTEE |
| Case Name: Solomon & King Management Group, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9542 |
| | Checking |
| Taxpayer ID No: XX-XXX1104 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/06/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 1 | | 2374 Grandeur Avenue, Altadena, California 91001   $530,000.00 | 1110-000 | | | |
| 06/18/19 | | Transfer to Acct # xxxxxx0313 | Transfer of Funds | 9999-000 | | $73,788.19 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $73,910.57 | $73,910.57 |
| Less: Bank Transfers/CD's | $0.00 | $73,788.19 |
| Subtotal | $73,910.57 | $122.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $73,910.57 | $122.38 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-20379 | Trustee Name: | BRAD D. KRASNOFF, TRUSTEE |
|---|---|---|---|
| Case Name: | Solomon & King Management Group, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0313 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1104 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/06/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/19 | | Transfer from Acct # xxxxxx9542 | Transfer of Funds | 9999-000 | $73,788.19 | | $73,788.19 |
| 09/11/19 | | A & A ESCROW SERVICES INC | REFUND OF SECURED CREDITOR PAYMENT Creditor: Ford Motor Credit Company release of judgment | 4120-000 | | ($249.00) | $74,037.19 |
| 11/15/19 | 2001 | Brad D. Krasnoff<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA  90067-6006 | TRUSTEE FEES PER ORDER ENTERED 11/15/19 | 2100-000 | | $18,513.88 | $55,523.31 |
| 11/15/19 | 2002 | Brad D. Krasnoff<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA  90067-6006 | TRUSTEE EXPENSES PER ORDER ENTERED 11/15/19 | 2200-000 | | $206.77 | $55,316.54 |
| 11/15/19 | 2003 | Franchise Tax Board<br><B>(Administrative)</B><br>Bankruptcy Section Ms A340<br>Po Box 2952<br>Sacramento Ca 95812-2952 | First and final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order entered 11/15/19 | 2990-000 | | $800.00 | $54,516.54 |
| 11/15/19 | 2004 | DANNING GILL DIAMOND & KOLLITZ LLP<br>1901 AVENUE OF THE STARS, SUITE 450<br>LOS ANGELES, CA  90067-6006 | ATTORNEY FOR TRUSTEE FEES PER ORDER ENTERED 11/15/19 | 3110-000 | | $37,706.19 | $16,810.35 |
| 11/15/19 | 2005 | DANNING GILL DIAMOND & KOLLITZ LLP<br>1901 AVENUE OF THE STARS, SUITE 450<br>LOS ANGELES, CA  90067-6006 | ATTORNEY FOR TRUSTEE EXPENSES PER ORDER ENTERED 11/15/19 | 3120-000 | | $1,736.60 | $15,073.75 |
| 11/15/19 | 2006 | LEA ACCOUNTANCY<br>3435 WILSHIRE BLVD ST 990<br>LOS ANGELES, CA 90010 | ACCOUNTANT FOR TRUSTEE FEES PER ORDER ENTERED 11/15/19 | 3410-000 | | $7,798.56 | $7,275.19 |
| 11/15/19 | 2007 | LEA ACCOUNTANCY<br>3435 WILSHIRE BLVD ST 990<br>LOS ANGELES, CA 90010 | ACCOUNTANT FOR TRUSTEE EXPENSES PER ORDER ENTERED 11/15/19 | 3420-000 | | $575.19 | $6,700.00 |

| | | | Page Subtotals: | | $73,788.19 | $67,088.19 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-20379 | Trustee Name: BRAD D. KRASNOFF, TRUSTEE | |
| Case Name: Solomon & King Management Group, LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0313 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1104 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/06/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/19 | 2008 | Los Angeles County Treasurer & Tax Collector<br>Po Box 54110<br>Los Angeles, Ca 90054 | First and final distribution to claim 3 creditor account #0453574 representing a payment of 100.00 % per court order entered 11/15/19 | 5800-000 | | $53.48 | $6,646.52 |
| 11/15/19 | 2009 | Lila King<br>2235 E. Washington Blvd<br>Pasadena, Ca 91104 | First and final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order entered 11/15/19 | 7100-000 | | $6,646.52 | $0.00 |
| 12/02/19 | 2009 | Lila King<br>2235 E. Washington Blvd<br>Pasadena, Ca 91104 | First and final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order entered 11/15/19 Reversal Void check #2009 payable to Lila King and reissue new check payable to "LeBrone L. King and Law Office of Linda Scott" as Mr. LeBrone has power of attorney over Lila King's financial affairs. | 7100-000 | | ($6,646.52) | $6,646.52 |
| 12/02/19 | 2010 | LeBrone L. King and Law Office of Linda Scott<br>c/o Robert Grant, III<br>Law Office of Linda L. Scott<br>2235 East Washington Blvd.<br>Pasadena, CA  91104 | First and final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order entered 11/15/19 Replacement for check #2009 issued to Lila King | 7100-000 | | $6,646.52 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $73,788.19 | $73,788.19 |
| Less: Bank Transfers/CD's | $73,788.19 | $0.00 |
| Subtotal | $0.00 | $73,788.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $73,788.19 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $6,700.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0313 - Checking | $0.00 | $73,788.19 | $0.00 |
| XXXXXX9542 - Checking | $73,910.57 | $122.38 | $0.00 |
|  | $73,910.57 | $73,910.57 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $461,714.58 |
|---|---:|
| Total Net Deposits: | $73,910.57 |
| Total Gross Receipts: | $535,625.15 |

Page Subtotals:    $0.00    $0.00